UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANICE MAE BULLOCK | CIVIL ACTION |
| VERSUS | NO. 11-1495 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "C" (2) |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and Plaintiff's objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 30th day of July, 2012.

UNITED STATES DISTRICT JUDGE