UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


JANICE MAE BULLOCK                                    CIVIL ACTION

VERSUS                                               NO. 11-1495

MICHAEL J. ASTRUE, COMMISSIONER                      SECTION "C" (2)
OF SOCIAL SECURITY ADMINISTRATION


## ORDER

The Court, after considering the petition, the record, the applicable law, the

Magistrate Judge's Findings and Recommendation, and Plaintiff's objections to the

Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate

Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, IT IS

ORDERED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.


New Orleans, Louisiana, this 30th day of July, 2012.


UNITED STATES DISTRICT JUDGE